IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

REBECCA MOORE                                    *
        Plaintiff(s)
                                                          *

      vs.                                                            Civil Action No. CCB-11-1754

                                                          *
SAMUEL I. WHITE, P.C.
        Defendant(s)                            *

                                                    ********

## SETTLEMENT ORDER
## (LOCAL RULE 111)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any.  Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement.  The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated.  If no party moves to reopen, the dismissal shall be with prejudice.

Date: October 14, 2011                           /s/
                                                             Catherine C. Blake
                                                             United States District Judge